**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Steven Gerald Durio
Durio, McGoffin
P. O. Box 51308
Lafayette LA 70505-1305

Lauren Noel Maurer
Durio, McGoffin, Stagg
P. O. Box 51308
Lafayette LA 70505-1308

Travis J. Broussard
Attorney at Law
PO Box 82238
Lafayette LA 70598

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 7, 2022

**REHEARING ACTION: December 7, 2022**

**Docket Number: 22   00146-CA**

**JASON J. DUREL, M.D.**
**VERSUS**
**ACADIAN EAR, NOSE, THROAT &**
**FACIAL PLASTIC SURGERY, APMC**

**Appealed from Lafayette Parish Case No. C-20211521**

**BEFORE JUDGES**:

    **Hon. Shannon J. Gremillion**
    **Hon. D. Kent Savoie**
    **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jason J. Durel, M.D.** has this day been

    **DENIED.**

cc: James Huey Gibson, Counsel for the Appellee
    Charles Martin Kreamer, Sr., Counsel for the Appellee